UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    24-03886 |
| Rannalt J Schulte, Jr. | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER ON MOTION TO VOLUNTARILY DISMISS CASE

This case coming before the Court on the Debtors Motion to Dismiss his case, IT IS HEREBY ORDERED that the Motion to Dismiss is granted.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 19, 2024

**Prepared by:**

David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600